455 A.2d 634

COMMONWEALTH of Pennsylvania

v.

Ronnell Jay BURRELL, Appellant.

Supreme Court of Pennsylvania.

Feb. 1, 1983.

John Alden, James M. Pierce, Wayne, for appellant.
David E. Fritchey, Asst. Dist. Atty., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. 285 Pa.Super. 602, 427 A.2d 1208.